UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rackim Williams, | ) | C/A No. 2:09-2289-JFA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| Officer Sgt. K. Loyd, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The South Carolina Department of Corrections is respectfully directed to transport the plaintiff, Rackim Williams, and two material witnesses, Cecil Fox (Lee Correctional Institution) and Nathaniel Meyers (Lieber Correctional Institution) to the United States District Courthouse, 901 Richland Street, Columbia, South Carolina on Wednesday, December 8, 2010 by 9:30 a.m., for the purpose of trying this case to a jury. It is anticipated that the trial can be concluded in two to three days.

IT IS SO ORDERED.

October 20, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge